UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| E.M.C., a minor, by his mother,<br>TAMIKA D. CHAVAC,<br>(Social Security No. XXX-XX-0560),<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>the Social Security Administration,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:08-cv-612-WGH-LJM |

**FINAL JUDGMENT ENTRY**

This case is **REMANDED** for further proceedings consistent with the Memorandum Decision and Order entered this date.

**Entered:** February 12, 2009

_____
Laura Briggs, Clerk                                          WILLIAM G. HUSSMANN, JR.
U.S. District Court                                                    Magistrate Judge

By:_____
       Deputy Clerk

**Electronic copies to:**

Patrick Harold Mulvany                      Thomas E. Kieper
mulvany@onet.net                              UNITED STATES ATTORNEY'S OFFICE
                                                              tom.kieper@usdoj.gov